UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Sharif Mohamed Libah, Hirsi Dirir, Yussuf, Mohamed Hussein Abdi, | Civil No 06-4271 (RHK/AJB) |
| Plaintiffs, | **DISQUALIFICATION AND ORDER FOR REASSIGNMENT** |
| vs. | |
| Alberto Gonzales, Attorney General of the United States, Secretary Michael Chertoff, United States Department of Homeland Security, Federal Bureau of Investigation, FBI Director Robert Mueller, United States Citizenship and Immigration Services, USCIS Director Emilio Gonzalez, Denise, Frazier, USCIS District Director, | |
| Defendants. | |

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  October 24, 2006

                                                          s/Richard H. Kyle
                                                          RICHARD H. KYLE
                                                          United States District Judge